# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBIN L. ESHLEMAN, <br>          Plaintiff, <br> v. <br> ANDREW SAUL[1], <br> COMMISSIONER OF THE <br> SOCIAL SECURITY ADMINISTRATION, <br>          Defendant. | CIVIL ACTION <br> NO. 18-3381 |

## ORDER

This 18th day of May 2020, upon consideration of the Brief in Support of Plaintiff's Request for Review (ECF No. 10) and Defendant's Response (ECF No. 11), review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated April 22, 2020, to which no objections have been filed, and independent review of the record,

It is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

s/Gerald Austin McHugh
United States District Judge

---

[1] Andrew M. Saul became the Commissioner of Social Security in June 2019. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as a party in place of Nancy A. Berryhill, who was Acting Commissioner from January 23, 2017 through June of 2019.